No. 642. WILLIAM SPAUGH, JR., APPELLANT, *v.* H. L. FITTS, SHERIFF, ETC. Appeal from the District Court of the United States for the Eastern District of Missouri. Argued for appellee and submitted for appellant April 23, 1907. Decided April 29, 1907. *Per Curiam.* Final order affirmed with costs. *Valentina* v. *Mercer*, 201 U. S. 131; *Felts* v. *Murphy*, 201 U. S. 123; *Urquhart* v. *Brown*, 205 U. S. 179; *In re Eckart*, 166 U. S. 481, 483; *Tinsley* v. *Anderson*, 171 U. S. 101, 105; *Craemer* v. *Washington*, 168 U. S. 124; *Ex parte Harding*, 120 U. S. 782. *Mr. Charles F. Wilson* for appellant. *Mr. Herbert S. Hadley* and *Mr. North T. Gentry* for appellee.

---

No. 412. WHITE STAR MINING COMPANY, PLAINTIFF IN ERROR, *v.* NELS O. HULTBERG ET AL.; No. 647. CLAES W. JOHNSON, PLAINTIFF IN ERROR, *v.* WHITE STAR MINING COMPANY OF ILLINOIS ET AL.; and No. 648. PETER H. ANDERSON, PLAINTIFF IN ERROR, *v.* WHITE STAR MINING COMPANY OF ILLINOIS ET AL. In error to the Supreme Court of the State of Illinois. Motion to dismiss submitted April 22, 1907. Decided April 29, 1907. *Per Curiam.* Dismissed for the want of jurisdiction. *Sayward* v. *Denny*, 158 U. S. 180; *San Francisco* v. *Scott*, 111 U. S. 769; *Delmas* v. *Insurance Company*, 14 Wall. 661; *Erie Railroad Company* v. *Purdy*, 185 U. S. 148; *Oxley Stave Company* v. *Butler County*, 166 U. S. 648. Case below, 220 Illinois, 578. *Mr. Harris F. Williams*, *Mr. Frederick S. Winston*, *Mr. John Barton Payne* and *Mr. Silas H. Strawn* in support of motion to dismiss. *Mr. Charles H. Hamill* and *Mr. Carl R. Chindblom* in opposition thereto.